Same case below, 27 So. 3d 121.

Same case below, 443 Fed. Appx. 775.

**No. 11-7360. Melvin Ellis Holly, Petitioner v. Warren Gotcher, dba Gotcher Law Firm, et al.**

565 U.S. 1129, 132 S. Ct. 1043, 181 L. Ed. 2d 767, 2012 U.S. LEXIS 205.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 427 Fed. Appx. 634.

**No. 11-7361. Sandra Johnson Gardner, Petitioner v. United States.**

565 U.S. 1129, 132 S. Ct. 1043, 181 L. Ed. 2d 767, 2012 U.S. LEXIS 313,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 439 Fed. Appx. 879.

**No. 11-7362. Andrew Fullman, Petitioner v. Patrick R. Donahoe, Postmaster General, et al.**

565 U.S. 1129, 132 S. Ct. 1043, 181 L. Ed. 2d 767, 2012 U.S. LEXIS 56.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 418 Fed. Appx. 75.

**No. 11-7364. Reginald Darwin Morton, Petitioner v. United States.**

565 U.S. 1129, 132 S. Ct. 1043, 181 L. Ed. 2d 767, 2012 U.S. LEXIS 176.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-7367. Leo Slaughter, Petitioner v. United States.**

565 U.S. 1129, 132 S. Ct. 1043, 181 L. Ed. 2d 767, 2012 U.S. LEXIS 25.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-7368. Brian Lakeith Rowe, Petitioner v. United States.**

565 U.S. 1129, 132 S. Ct. 1043, 181 L. Ed. 2d 767, 2012 U.S. LEXIS 107.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 437 Fed. Appx. 800.

**No. 11-7369. Javier Sanchez, Petitioner v. United States.**

565 U.S. 1129, 132 S. Ct. 1044, 181 L. Ed. 2d 767, 2012 U.S. LEXIS 168.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-7371. Mat A. Matney, Petitioner v. United States.**

565 U.S. 1129, 132 S. Ct. 1044, 181 L. Ed. 2d 767, 2012 U.S. LEXIS 84.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 424 Fed. Appx. 596.